

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | MATTHEW McQUEEN<br>Assistant Corporation Counsel<br>mmcqueen@law.nyc.gov<br>Phone: (212) 356-2423<br>Fax: (212) 356-3509 |
|---|---|---|

September 10, 2014

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Mustafa Fagan v. City of New York, et al.,
           14-CV-0841 (ILG)(RER)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense in the above-referenced case. Defendants write to inform the Court that the parties reached a settlement. Defendants are in the process of preparing the settlement paperwork to send to plaintiff's counsel. The Stipulation of Settlement and Order of Dismissal will be forwarded to the Court for execution as soon as this office receives the fully executed paperwork from plaintiff's counsel.

    In light of the settlement of this matter, defendants further request that the pre-trial conference that is scheduled for October 27, 2013 be adjourned *sine die*.

    Defendants thank the Court for its time and consideration of this matter

Respectfully submitted,

Matthew W. McQueen
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    Paul Hale, Esq. (by E.C.F.)
        *Attorney for Plaintiff*