UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MUSTAFA FAGAN,

                                  Plaintiff,

- against -

THE CITY OF NEW YORK, SGT. DAVID JOHN,
P.O. ALBERT ARONOV, P.O. TERRY
NICHOLSON (Sh. 26208), P.O. "JANE DOE"
AND "JOHN DOE" 1-10.

1 'through' 10 inclusive, the names of the last
defendants being fictitious, the true names of the
defendants being unknown to the plaintiff(s).

                                  Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 6230 (ILG) (RER)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2.   Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       October 31, 2014

PAUL HALE
*Attorney for Plaintiff*
26 Court Street, Suite 913
Brooklyn, New York 11242
718-554-7344

By: _____
    Paul Hale

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City,
Aronov and Nicholson*
100 Church Street
New York, New York 10007

By: _____
    Matthew W. McQueen
    Assistant Corporation Counsel

SO ORDERED:

_____
HON. I. LEO GLASSER
UNITED STATES DISTRICT JUDGE